AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| Jason Fry | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:21-cv-01222-MJP |
| PeopleConnect, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PeopleConnect, Inc.                                                                           .

Date:  09/29/2021

/s/ Brent Caslin
*Attorney's signature*

Brent Caslin (36145)
*Printed name and bar number*

Jenner & Block
515 W. Flower Street, Suite 3300
Los Angeles, CA 90071
*Address*

bcaslin@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*