The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JASON FRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | NO. 2:21-cv-01222-MJP<br><br>JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF's COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>September 29, 2021 |

PeopleConnect, Inc. ("Defendant") and Jason Fry, on behalf of himself and all others similarly situated ("Plaintiff"), by and through their undersigned counsel, respectfully move for a thirty (30) day extension of time for Defendant to answer or otherwise respond to Plaintiff's complaint. In support of this Motion, the Parties state as follows:

1. Plaintiff filed a class action complaint on September 7, 2021 (ECF No. 1).

2. Plaintiff served Defendant with the complaint on September 10, 2021 (ECF No. 4). Accordingly, Defendant currently must answer or otherwise respond to Plaintiff's complaint by October 1, 2021.

JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

3. On September 22, 2021, Defendant's counsel sent a letter to Plaintiff's counsel stating that "Mr. Fry is a current member of Classmates.com and has been for more than 15 years, having created a Classmates account in 2004."

4. On September 24, 2021, Plaintiff's counsel asked that Defendant's counsel "provide the information upon which you base this assertion, such as account details purportedly associated with Mr. Fry." In exchange for Defendant providing this information so that Plaintiff's counsel could verify it with Mr. Fry, Plaintiff's counsel agreed to an extension of time for Defendant to answer or otherwise amend.

5. On September 24, 2021, Defendant's counsel provided the email address associated with an account Defendant states was created by Mr. Fry, along with screenshots depicting the profile on Classmates.com.

6. To facilitate the parties' investigation of these issues, Defendant and Plaintiff agree to a thirty (30)day extension of time for Defendant to respond to Plaintiff's complaint, which would extend Defendant's time to respond to November 1, 2021.

WHEREFORE, for the reasons stated herein, the Parties respectfully request that this Court grant this Motion and enter an Order extending the deadline for Defendant to respond to Plaintiff's complaint by thirty (30) days, up to and including November 1, 2021.

JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 29th day of September, 2021.

| PEOPLECONNECT, INC. | JASON FRY |
|---|---|
| s/ *Brent Caslin* | s/ *Samuel J. Strauss* |
| Brent Caslin, WSBA #36145 | Samuel J. Strauss |
| JENNER & BLOCK LLP | TURKE & STRAUSS LLP |
| 515 S. Flower Street | 613 Williamson St., Suite 201 |
| Los Angeles, CA 90071 | Madison, WI 53703 |
| 213 239-5100 | Chicago, IL 60603 |
| bcaslin@jenner.com | 608 237-1775 |
| | sam@turkestrauss.com |
| s/ *Michael Rosenberger* | Benjamin R. Osborn |
| Michael Rosenberger, WSBA #17730 | 102 Bergen St. |
| Mark Wilner, WSBA #31550 | Brooklyn, NY 11201 |
| Samantha K. Pitsch, WSBA #54190 | 347 645-0464 |
| 600 University Street, Suite 2915 | ben@benosbornlaw.com |
| Seattle, Washington 98101 | |
| 206 467-6477 | *Attorneys for Plaintiff Jason Fry* |
| mrosenberger@gordontilden.com | |
| mwilner@gordontilden.com | |
| spitsch@gordontilden.com | |

*Attorneys for Defendant PeopleConnect, Inc.*

IT IS SO ORDERED.

Marsha J. Pechman
U.S. District Judge

DATE: _____, 2021

JOINT MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANT TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 3
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477