

# United States District Court
# Western District of Washington

JASON FRY,

Plaintiff(s)

V.

PEOPLECONNECT, INC.,

Defendant(s)

Case Number: 2:21-cv-01222-MJP

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Debbie L. Berman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant PeopleConnect, Inc.

The particular need for my appearance and participation is:

I routinely represent Defendant PeopleConnect, Inc. in various matters across the country. Through such representation, I have developed a special knowledge of Defendant's business operations, and my pro hac vice representation in this matter will be a benefit to Defendant.

I, Debbie L. Berman understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 09/29/2021

Signature of Applicant: s/ Debbie L. Berman

**Pro Hac Vice Attorney**

Applicant's Name: Debbie L. Berman

Law Firm Name: Jenner & Block LLP

Street Address 1: 353 North Clark Street

Address Line 2:

City: Chicago State: IL Zip: 60654

Phone Number w/ Area Code (312) 923-2764 Bar # 6205154 State IL

Primary E-mail Address: dberman@jenner.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Debbie L. Berman is unable to be present upon any date assigned by the court.

Date: 09/29/2021 Signature of Local Counsel: s/ Michael Rosenberger

Local Counsel's Name: Michael Rosenberger

Law Firm Name: Gordon Tilden Thomas & Cordell LLP

Street Address 1: 600 University Street, Suite 2915

Address Line 2:

City: Seattle State: WA Zip: 98101

Phone Number w/ Area Code (206) 467-6477 Bar # 17730



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer. psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed _09/29/2021_____ Signature s/_Debbie L. Berman_____

*(Pro Hac Vice applicant name)*