The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | NO. 2:21-cv-01222-MJP<br><br>JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>November 1, 2021 |

PeopleConnect, Inc. ("Defendant") and John Boshears, on behalf of himself and all others similarly situated ("Plaintiff"), by and through their undersigned counsel, respectfully move for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint such that Defendant will answer or otherwise respond by December 13, 2021. In support of this Motion, the Parties state as follows:

1.  On Friday, October 29, 2021, Plaintiff's counsel filed an Amended Complaint substituting John Boshears as the named plaintiff in place of Mr. Fry. (ECF No. 17).

2.  In order to facilitate further investigation and to provide Defendant with adequate time to file a responsive pleading, the Parties agreed to give Defendant 45 days to respond to the Amended Complaint.

JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

WHEREFORE, for the reasons stated herein, the Parties respectfully request that this Court grant this Motion and enter an Order extending the deadline for Defendant to respond to Plaintiff's Amended Complaint such that Defendant will answer or otherwise respond by December 13, 2021.

DATED this 1st day of November, 2021.

| GORDON TILDEN THOMAS & CORDELL LLP | TURKE & STRAUSS LLP |
|---|---|
| By: s/ *Michael Rosenberger*<br>    Michael Rosenberger, WSBA #17730<br>    Mark Wilner, WSBA #31550<br>    Samantha K. Pitsch, WSBA #54190<br>    600 University Street, 2915<br>    Seattle, Washington 98101<br>    Telephone: 206.467.6477<br>    mrosenberger@gordontilden.com<br>    mwilner@gordontilden.com<br>    spitsch@gordontilden.com | By: s/ *Samuel J. Strauss*<br>    Samuel J. Strauss<br>    613 Williamson St., Suite 201<br>    Madison, WI 53703<br>    Chicago, IL 60603<br>    608.237.1775<br>    sam@turkestrauss.com<br><br>Benjamin R. Osborn<br>102 Bergen St.<br>Brooklyn, NY 11201<br>347 645-0464<br>ben@benosbornlaw.com |
| Brent Caslin, WSBA #36145<br>JENNER & BLOCK LLP<br>515 S. Flower Street, Suite 3300<br>Los Angeles, California 90071-2246<br>bcaslin@jenner.com | *Attorneys for Plaintiff John Boshears* |
| Debbie L. Berman (*pro hac vice*)<br>Wade A. Thomson (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>dberman@jenner.com<br>wthomson@jenner.com | |
| *Attorneys for Defendant PeopleConnect, Inc.* | |

\\
\\
\\
\\
\\
\\

JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

IT IS SO ORDERED.

DATED: November 2, 2021

*Marsha J. Pechman*
Marsha J. Pechman
U.S. Senior District Judge

JOINT MOTION AND ORDER TO EXTEND DEADLINE
FOR DEFENDANT TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT - 3
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477