The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:21-cv-01222-MJP<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>December 6, 2021 |

The Parties respectfully move for an agreed briefing schedule for Defendant's motion to dismiss and motion to stay. In support of this motion, the Parties state as follows:

1. On October 29, 2021, Plaintiff's counsel filed an Amended Complaint substituting John Boshears as the named plaintiff in place of Mr. Fry. (Dkt. No. 17.)

2. On November 2, 2021, this Court entered an Order extending Defendant's deadline to answer or otherwise respond to Plaintiff's Amended Complaint to December 13, 2021. (Dkt. No. 19.)

STIPULATED MOTION FOR EXTENSION OF DEADLINES - 1
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

3. Because of competing prior obligations in a number of matters for both Parties, the Parties have agreed to extend Defendant's deadline to file its motion to dismiss Plaintiff's Amended Complaint to December 20, 2021.

4. Separately, Defendant also will be filing a motion to stay discovery on December 20, 2021.

5. The Parties agree that Plaintiff will have until January 14, 2022, to respond to Defendant's motion to dismiss and respond to Defendant's motion to stay discovery.

6. The Parties also agree that Defendant will have until January 21, 2022, to file its reply briefs in support of its motion to dismiss and to its motion to stay discovery.

WHEREFORE, for the reasons stated herein, the parties respectfully request that the Court grant this motion and enter an Order extending the deadline for Defendant to respond to Plaintiff's Amended Complaint up to and including December 20, 2021, Plaintiff to file an opposition to both Defendant's motion to dismiss and motion to stay discovery up to and including January 14, 2022, and for Defendant to file its reply briefs in support of its motion to dismiss and its motion to stay discovery, up to and including January 21, 2022.

[SIGNATURES ON FOLLOWING PAGE]

STIPULATED MOTION FOR EXTENSION OF DEADLINES - 2
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 6th day of December, 2021.

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP<br>*Attorneys for Defendant PeopleConnect, Inc.* | TURKE & STRAUSS LLP<br>*Attorneys for Plaintiff John Boshears* |
| By: s/ *Michael Rosenberger*<br>Michael Rosenberger, WSBA #17730<br>Mark Wilner, WSBA #31550<br>Samantha K. Pitsch, WSBA #54190<br>600 University Street, 2915<br>Seattle, Washington 98101<br>mrosenberger@gordontilden.com<br>mwilner@gordontilden.com<br>spitsch@gordontilden.com | By: s/ *Raina C. Borrelli*<br>Raina C. Borrelli (*pro hac vice*)<br>Samuel J. Strauss, WSBA #46971<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Chicago, IL 60603<br>608.237.1775<br>raina@turkestrauss.com<br>sam@turkestrauss.com |

Brent Caslin, WSBA #36145
JENNER & BLOCK LLP
515 S. Flower Street, Suite 3300
Los Angeles, California 90071-2246
bcaslin@jenner.com

Debbie L. Berman (*pro hac vice*)
Wade A. Thomson (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
dberman@jenner.com
wthomson@jenner.com

## ORDER

Although the Parties provide a threadbare justification for the requested extension, the Court GRANTS the brief extension of time. No further extensions of these deadlines shall be considered absent extraordinary circumstances.

DATED: December 6, 2021

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION FOR EXTENSION OF DEADLINES - 3
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477