THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BOSHEARS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PEOPLECONNECT, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | NO. 2:21-cv-01222-MJP<br><br>**DECLARATION OF BENJAMIN R. OSBORN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

DECLARATION OF BENJAMIN R. OSBORN - 1
Case No. 2:21-cv-01222-MJP

I, Bejamin R. Osborn, declare:

1. I am an attorney representing Plaintiff Boshear in this lawsuit.

2. As part of my investigation pursuant to Fed. R. Civ. P. 11 of Mr. Boshear's claims, I created an account on www.classmates.com using the email address "lobo_investigation1@yahoo.com". I gathered the screenshots and photographs that appear in the Complaint using this account. *See* ECF No. 17.

3. As specified in the Classmates Terms of Service, within 30 days of creating the account, on October 28, 2021, I sent a letter to PeopleConnect, Inc. opting out of "Mandatory Arbitration, Dispute Resolution and Class Action Waiver" provision in the Classmates Terms of Service.

4. In my opt-out letter to PeopleConnect, Inc., I wrote that "I am opting out on my own behalf and on behalf of anyone for whom I act as an agent, including clients I represent in my capacity as an attorney." At the time I created the account and investigated Mr. Boshear's claims, the Classmates.com Terms of Service explicitly allowed users to opt out of the arbitration provision on behalf of others for whom the user is acting as an agent.

5. A true and correct photograph of the letter, which was taken on the day I sent it, is included as Exhibit 1 to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct, and is based on my knowledge, information, and belief.

Executed on January 14, 2022.

_____
Benjamin R. Osborn

DECLARATION OF BENJAMIN R. OSBORN - 2
Case No. 2:21-cv-01222-MJP

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Samuel J. Strauss, hereby certify that on January 14, 2022, I electronically filed the |
| 3 | foregoing with the Clerk of the Court using the CM/ECF system, which will send notification |
| 4 | of such filing to the following: |

Michael Rosenberger, WSBA #17730
Email: mrosenberger@gordontilden.com
Mark Wilner, WSBA #31550
Email: mwilner@gordontilden.com
Samantha K. Pitsch, WSB #54190
Email: spitsch@gordontilden.com
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone: (206) 467-6477

Brent Caslin, WSBA #36145
Email: bcaslin@jenner.com
JENNER & BLOCK LLP
515 S Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: (213) 239-5100

Debbie L. Berman, *Admitted Pro Hac Vice*
Email: dberman@jenner.com
Wade A. Thomson, *Admitted Pro Hac Vice*
Email: wthomson@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: (213) 222-3950

*Attorneys for Defendant*

DECLARATION OF BENJAMIN R. OSBORN - 3
Case No. 2:21-cv-01222-MJP

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1 | DATED this 14th day of January, 2022.

2 | TURKE & STRAUSS LLP

4 | By:   /s/ Samuel J. Strauss, WSBA #46971
5 | Samuel J. Strauss, WSBA #46971
   | Email: sam@turkestrauss.com
   | 613 Williamson St., Suite 201
6 | Madison, Wisconsin 53703
7 | Telephone: (608) 237-1775
   | Facsimile: (608) 509-4423

DECLARATION OF BENJAMIN R. OSBORN - 4
Case No. 2:21-cv-01222-MJP

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com