The Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | NO. 2:21-cv-01222-MJP<br><br>ORDER GRANTING JOINT MOTION TO STAY |

THIS MATTER came before the Court on the Joint Motion to Stay. The Court, being familiar with the records and files herein, having considered the submissions in support and in opposition thereto, and being otherwise fully advised, hereby ORDERS that the Joint Motion is GRANTED. This proceeding, including all discovery, is stayed until the Ninth Circuit issues its mandate on Defendant's appeal.

DATED this 31st day of March, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING JOINT MOTION TO STAY - 1
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477