UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C21-1222 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Ninth Circuit's Opinion and Memorandum Disposition, the Court ORDERS the Parties to meet and confer and submit an Amended Joint Status Report consistent with Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f). To the extent that the Parties wish to incorporate the previously-filed Joint Status Report (Dkt. No. 29), they may do so. But the Parties must also discuss and report on what discovery regarding arbitration they wish

MINUTE ORDER - 1

to conduct and what specific deadlines they wish the Court to enter to enable the Court to decide whether to compel arbitration.

The Parties must meet and confer by no later than August 22, 2023 and submit the Amended Joint Status Report by no later than August 29, 2023. The Court will set a status conference with the Parties at a mutually-agreed-upon time after the Amended Report is filed.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 15, 2023.

                                             Ravi Subramanian
                                             Clerk of Court

                                             s/Serge Bodnarchuk
                                             Deputy Clerk