The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | NO. 2:21-cv-01222-MJP<br><br>JOINT MOTION AND PROPOSED ORDER TO EXTEND DEADLINES<br><br>NOTE ON MOTION CALENDAR: November 6, 2023 |

Pursuant to Fed. R. Civ. P. 26, Plaintiff Boshears and Defendant PeopleConnect, Inc., by and through their undersigned attorneys, respectfully request the Court to extend the deadline for the Parties to complete arbitration-related discovery to February 2, 2024; extend the deadline for Defendant to answer or otherwise plead to March 18, 2024; extend the deadline for Plaintiff to file any response brief to April 22, 2024; and extend the deadline for Defendant to file any reply brief to May 6, 2024.

1.      On September 5, 2023, the Court ordered the Parties to complete arbitration-related discovery by December 4, 2023. Dkt. 63. The Court also set deadlines for Defendant to answer or

JOINT MOTION AND PROPOSED ORDER TO EXTEND
DEADLINES - 1
No. 2:21-cv-01222-MJP

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

otherwise respond by January 18, 2024; for Plaintiff to file any response brief by February 22, 2024; and Defendant to file any reply brief by March 7, 2024. *Id.*

2.      The Parties have been diligently pursuing arbitration-related discovery. On September 7, 2023, Defendant served written discovery on Plaintiff. On October 5, 2023, Plaintiff served written discovery on Defendant. Plaintiff responded on October 9, 2023, and served supplemental responses on October 18, 2023. Defendant responded on November 3, 2023. The Parties have met and conferred regarding Plaintiff's responses and about the deposition of Plaintiff.

3.      On October 20, 2023, Defendant served third-party subpoenas on Plaintiff's counsel. Plaintiff and Defendant, having met and conferred about the third-party subpoenas, have agreed that the Parties should wait to negotiate the agreed upon scope of any third-party subpoenas and to schedule any third-party depositions until after Plaintiff has been deposed.

4.      Fed. R. Civ. P. 26 provides the Court with the discretion to set the schedule for discovery.

5.      The Parties thus jointly request that this Court extend the deadlines in its September 5, 2023 Scheduling Order by 60 days so that the Parties may have adequate time to negotiate the scope of the third-party subpoenas and take the third-party depositions after the Plaintiff has been deposed.

**WHEREFORE**, Plaintiff and Defendant respectfully request the Court to extend the deadline for the Parties to complete arbitration-related discovery to February 2, 2024; extend the deadline for Defendant to answer or otherwise plead to March 18, 2024; extend the deadline for Plaintiff to file any response brief to April 22, 2024; and extend the deadline for Defendant to file any reply brief to May 6, 2024.

JOINT MOTION AND PROPOSED ORDER TO EXTEND
DEADLINES - 2
No. 2:21-cv-01222-MJP

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 6th day of November, 2023.

GORDON TILDEN THOMAS & CORDELL LLP

By:  s/ *Michael Rosenberger*
 Michael Rosenberger, WSBA #17730
 600 University Street, 2915
 Seattle, Washington 98101
 Telephone:  206-467-6477
 mrosenberger@gordontilden.com


Benjamin T. Halbig (*pro hac vice*)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: 628-267-6800
bhalbig@jenner.com


Debbie L. Berman (*pro hac vice*)
Wade A. Thomson (*pro hac vice*)
Clifford W. Berlow (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Telephone:  312-222-9350
dberman@jenner.com
wthomson@jenner.com
cberlow@jenner.com

*Attorneys for Defendant PeopleConnect, Inc.*

TURKE & STRAUSS LLP

By:  s/ *Samuel J. Strauss*
 Raina C. Borrelli (*pro hac vice*)
 Samuel J. Strauss
 613 Williamson St, Ste 201
 Madison, WI 53703
 Telephone: 608-237-1775
 Facsimile: 608-509-4423
 raina@turkestrauss.com
 sam@turkestrauss.com

*Attorneys for Plaintiffs* Alyssa Izzo and
John Wilson


IT IS SO ORDERED.

DATED:  November 7, 2023

Marsha J. Pechman
United States Senior District Judge

JOINT MOTION AND PROPOSED ORDER TO EXTEND
DEADLINES - 3
No. 2:21-cv-01222-MJP

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477