UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>PEOPLECONNECT, INC.,<br><br>     Defendant. | CASE NO. C21-1222 MJP<br><br>ORDER ON LCR 37 SUBMISSION |

This matter comes before the Court on the LCR 37 Joint Submission re: Defendant's Motion to Compel. (Dkt. No. 69.) Having reviewed the Submission and all supporting materials, and having held oral argument on December 6, 2023, the Court rules as follows:

1. For the reasons fully set forth during oral argument, the Court DENIES Defendant's request to compel Plaintiff's deposition in Seattle. As the Court explained in greater detail during the hearing, Plaintiff offered reasonable alternatives to avoid an unnecessarily burdensome approach to compel Plaintiff to be deposed in Seattle on

ORDER ON LCR 37 SUBMISSION - 1

      the narrow issue of arbitrability. Plaintiff proposed to be deposed via Zoom or in the offices of Defendant's counsel in Chicago. These are reasonable and proportional alternatives that avoid unnecessary burdens and costs. The Court therefore ORDERS the deposition of Plaintiff to occur at the offices of Jenner & Block LLP at 353 N. Clark St., Chicago, IL 60654. By December 8, 2023, the Parties must arrange for the deposition to occur at a mutually-agreed upon date.

2. The Court ORDERS Plaintiff to file the disputed email under seal on the docket for <u>in camera</u> review by December 8, 2023 at 5:00 PM. The Court will then rule on the merits of Defendant's Motion to Compel.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 6, 2023.

                                                Marsha J. Pechman  
                                                United States Senior District Judge