The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-01222-MJP<br><br>JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>January 11, 2024 |

Pursuant to Fed. R. Civ. P. 26, Plaintiff Boshears and Defendant PeopleConnect, Inc., by and through their undersigned attorneys, respectfully request the Court to extend the deadline for the Parties to complete arbitration-related discovery to February 23, 2024; extend the deadline for Defendant to answer or otherwise plead to April 8, 2024; extend the deadline for Plaintiff to file any response brief to May 13, 2024; and extend the deadline for Defendant to file any reply brief to May 28, 2024.

1. On September 5, 2023, the Court ordered the Parties to complete arbitration-related discovery by December 4, 2023. (Dkt. 63).

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES - 1
No. 2:21-cv-01222-MJP

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

2.	On October 20, 2023, Defendant served third-party subpoenas on Plaintiff's counsel, Mr. Samuel Strauss and Mr. Benjamin Osborn. The Parties agreed that they should wait to negotiate the agreed-upon scope of any third-party subpoenas and to schedule any third-party depositions until after Plaintiff has been deposed. Defendant also intends to depose Plaintiff's counsel in a related matter, *Izzo et al. v. PeopleConnect, Inc.*, No. 2:22-cv-00016-MJP (W.D. Wash.)

3.	On November 7, 2023, the Court issued an Order extending the deadlines in its September 5, 2023 Scheduling Order by 60 days so that the Parties would have adequate time to negotiate the scope of the third-party subpoenas and take the third-party depositions after Plaintiff has been deposed. (Dkt. 68). The Court extended the deadline for the Parties to complete arbitration-related discovery to February 2, 2024. *Id.*

4.	Since then, the Parties have met and conferred to schedule depositions of the Plaintiffs in this matter and in *Izzo*. The deposition of Plaintiff occurred on January 10, 2024. The depositions of the Plaintiffs in *Izzo* will take place on February 6, 2024, which is four days after the discovery deadline in this matter.

5.	In the interests of efficiency, the Parties would like to depose both Mr. Strauss and Mr. Osborn once, after the depositions of all Plaintiffs in this matter and in *Izzo*.

6.	Fed. R. Civ. P. 26 provides the Court with the discretion to set the schedule for discovery.

7.	The Parties thus jointly request that this Court extend the deadlines in its November 7, 2023 Scheduling Order by 21 days so that the Parties may efficiently administer the third-party depositions of Plaintiff's counsel after the Plaintiffs in this matter and in *Izzo* have been deposed.

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES - 2
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**WHEREFORE**, Plaintiff and Defendant respectfully request the Court to extend the deadline for the Parties to complete arbitration-related discovery to February 23, 2024; extend the deadline for Defendant to answer or otherwise plead to April 8, 2024; extend the deadline for Plaintiff to file any response brief to May 13, 2024; and extend the deadline for Defendant to file any reply brief to May 28, 2024.

DATED this 11th day of January, 2024.

| PEOPLECONNECT, INC. | JOHN BOSHEARS |
|---|---|
| */s/ Michael Rosenberger* <br> Michael Rosenberger, WSBA #17730 <br> Mark Wilner, WSBA #31550 <br> **GORDON TILDEN THOMAS & CORDELL LLP** <br> 600 University Street, 2915 <br> Seattle, Washington 98101 <br> Telephone: 206-467-6477 <br> mrosenberger@gordontilden.com <br> mwilner@gordontilden.com | */s/ Samuel J. Strauss* <br> Samuel J. Strauss <br> Raina C. Borrelli (*pro hac vice*) <br> **TURKE & STRAUSS LLP** <br> 613 Williamson St, Ste 201 <br> Madison, WI 53703 <br> Telephone: 608-237-1775 <br> Facsimile: 608-509-4423 <br> raina@turkestrauss.com <br> sam@turkestrauss.com |
| Benjamin T. Halbig (*pro hac vice*) <br> **JENNER & BLOCK LLP** <br> 455 Market Street, Suite 2100 <br> San Francisco, California 94105 <br> Telephone: 628-267-6800 <br> bhalbig@jenner.com | *Attorneys for Plaintiff* |
| Debbie L. Berman (*pro hac vice*) <br> Wade A. Thomson (*pro hac vice*) <br> Clifford W. Berlow (*pro hac vice*) <br> Hope H. Tone-O'Keefe (*pro hac vice*) <br> **JENNER & BLOCK LLP** <br> 353 North Clark Street <br> Chicago, IL 60654 <br> Telephone: 312-222-9350 <br> dberman@jenner.com <br> wthomson@jenner.com | |

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES - 3
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

cberlow@jenner.com
htoneokeefe@jenner.com

*Attorneys for Defendant PeopleConnect, Inc.*

IT IS SO ORDERED.

DATED: January 11, 2024

Marsha J. Pechman
United States Senior District Judge

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES - 4
No. 2:21-cv-01222-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477