UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BOSHEARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C21-1222 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of its Order Denying Arbitration (Dkt. No. 96), the Court ORDERS the Parties to meet and confer and submit an Amended Joint Status Report consistent with Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f). To the extent that the Parties wish to incorporate the previously-filed Joint Status Reports (Dkt. Nos. 29, 60), they may do so.

MINUTE ORDER - 1

1  The Parties must meet and confer by no later than September 30, 2024, and submit the

2 Amended Joint Status Report by no later than October 7, 2024. The Court will set a status

3 conference with the Parties at a mutually-agreed-upon time after the Amended Report is filed.

4  The clerk is ordered to provide copies of this order to all counsel.

5  Filed September 23, 2024.

           Ravi Subramanian
           Clerk of Court

           s/Kathleen Albert
           Deputy Clerk

MINUTE ORDER - 2